STATE of Missouri, Plaintiff/Respondent,

v.

Marlon HAMPTON, Defendant/Appellant.

No. 58842.

Missouri Court of Appeals, Eastern District, Division One.

Jan. 5, 1993.

John Klosterman, St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

## ORDER

PER CURIAM.

This case comes to us after an evidentiary hearing on remand. *State v. Hampton*, 824 S.W.2d 437 (Mo.App.1991). We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 30.25(b).